UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                                              CASE NO. 08-26246
                                                                                    CHAPTER 13
SAMASONI SIAOSI TAALA
POLUA GASU TAALA                                                                    JUDGE JACQUELINE P COX

    DEBTORS                                                                  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** OCWEN LOAN SERVICING LLC

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 3 | 6 | 5023 ARRS | $7,673.55 | $7,000.00 | $7,000.00 |
| Total Amount Paid by Trustee | | | | | $7,000.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 08-26246

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 9th day of July, 2013.

Debtor:
SAMASONI SIAOSI TAALA
POLUA GASU TAALA
35 S ELM LN
GLENWOOD, IL  60425

Attorney:
GERACI LAW LLC
55 E MONROE # 3400
CHICAGO, IL  60603
via Clerk's ECF noticing procedures

Creditor:
OCWEN LOAN SERVICING LLC
PO BOX 24781
WEST PALM BEACH, FL  33416

Mortgage Creditor:
SAXON MORTGAGE SERVICES
% PIERCE & ASSOCIATES
1 N DEARBORN # 1300
CHICAGO, IL  60602

Mortgage Creditor:
SAXON MTG SERV
% CLERK CHANCERY
50 W WASHINGTON ST # 802
CHICAGO, IL  60602

Mortgage Creditor:
SAXON MORTGAGE SERVICES
1270 NORTHLAND DR # 200
MENDOTA HEIGHTS, MN  55120

Mortgage Creditor:
OCWEN LOAN SERVICING
% RANDALL S MILLER & ASSOCIATE
120 N LASALLE ST #1140
CHICAGO, IL  60602

ELECTRONIC SERVICE - United States Trustee

Date:  July 09, 2013

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603